UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED AUG 1 4 2007 S.D. OF N.Y.

| | |
|---|---|
| ANA MARGARITA MARTINEZ<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THE REPUBLIC OF CUBA<br>　　　　　Defendant. | CERTIFICATE OF MAILING<br><br>07 CV 6607 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**14th Day of August, 2007**

I served the

Summons, Complaint and Notice of Suite

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**23rd Day of July, 2007**

by mailing via DHL Worldwide Express, scheduled for pick up at 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**785 0199 626**

*J. Michael McMahon*
　　　　　　　　　　　CLERK

Dated: New York, NY
August 14th 2007



FOUR SEASONS TOWER
15TH FLOOR
1441 BRICKELL AVENUE
MIAMI, FLORIDA 33131-3407
T 305.536.1112
F 305.536.1116
WWW.TEWLAW.COM

August 14, 2007

*Via Hand Delivery*
J. Michael McMahon
United States District Court - SDNY
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street

[DHL shipping waybill image showing shipment from Tew Cardenas LLP (Ellen Seidl, Shipper's Reference 20726.002, Account 764803480) to The Republic of Cuba, Minister of Foreign Relations, Felipe Perez Roque, Calzada No. 360, Esquina AG, Vedado, Havana Cuba. Contents: Documents. Airbill number 785 0199 626.]