# RLI INSURANCE COMPANY

USDC SDNY
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

**ANA MARGARITA MARTINEZ,**

                Plaintiff,

   -against-

**THE REPUBLIC OF CUBA,**

                Defendant.
_____

BOND NO. RSB 739311

UNDERTAKING ON ATTACHMENT

Case No. 07 CV 6607

The above named Plaintiff, **ANA MARGARITA MARTINEZ**, having applied to this Court, for an Order of Attachment against the property of the above named Defendant, **THE REPUBLIC OF CUBA**, under and by virtue of Rule 64 of the Federal Rules of Civil Procedure, Local Rule 6(b) of the Civil Rules of the United States District Courts for Southern and Eastern Districts, and Article 62 of the Civil Practice Law and Rules, as more fully set forth in the order granted by the Hon. Victor Marrero on July 23, 2007 under and by virtue of the Federal rules of Civil Procedure upon the posting of an undertaking in the sum of FIVE HUNDRED AND 00/000 ($500.00) DOLLARS.

NOW, THEREFORE, the **RLI INSURANCE COMPANY**, having an office and principal place of business for the state of New York, at Three Franklin Square, Suite #6, Saratoga Springs, NY 12866, as Surety, does hereby undertake in the sum of FIVE HUNDRED AND 00/000 ($500.00) DOLLARS, which is the total amount of undertaking as fixed by the Court pursuant to Statute to be given by the Plaintiff, on said application, that Plaintiff, **ANA MARGARITA MARTINEZ**, shall pay all legal costs and damages which may be sustained by reason of the attachment if the Defendant recovers judgment or if it is finally decided that the Plaintiff was not entitled to an attachment of the property of said Defendant; and the balance thereof conditioned that the Plaintiff, shall pay to the U.S. Marshall or any Sheriff of the State of New York all of his allowable fees.

PROVIDED, HOWEVER, that the liability of the **RLI INSURANCE COMPANY** on this Undertaking shall not in any event exceed of the aforesaid fixed total amount.

Dated, September 21, 2007.

Approved 9/24/07
J. Michael M.M...

RLI INSURANCE COMPANY

By _____
WILLIAM J. PEDERSEN
ATTORNEY-IN-FACT



RLI Surety
9025 N. Lindbergh Dr.   Peoria, IL 61615
Phone: (800)645-2402 | Fax: (309)683-1610

# POWER OF ATTORNEY
## RLI Insurance Company

**Know All Men by These Presents:**

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That **RLI Insurance Company**, an Illinois corporation, does hereby make, constitute and appoint:
Carolyn Offenhartz, William J. Pedersen, jointly or severally,

in the City of _____ New York _____, State of _____ New York _____ its true and lawful Agent and Attorney in Fact, with full power and authority hereby conferred, to sign, execute, acknowledge and deliver for and on its behalf as Surety, the following described bond.

**Any and all bonds provided the bond penalty does not exceed Ten Million Dollars ($10,000,000).**

The acknowledgment and execution of such bond by the said Attorney in Fact shall be as binding upon this Company as if such bond had been executed and acknowledged by the regularly elected officers of this Company.

All authority hereby conferred shall expire and terminate, without notice, unless used before midnight of _____ June 12, 2009 _____, but until such time shall be irrevocable and in full force and effect.

The **RLI Insurance Company** further certifies that the following is a true and exact copy of the Resolution adopted by the Board of Directors of **RLI Insurance Company**, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the **RLI Insurance Company** has caused these presents to be executed by its _____ Vice President _____ with its corporate seal affixed this _____ 12th _____ day of _____ June _____, _____ 2007 _____.

**RLI Insurance Company**

By: _____ Roy C. Die, Vice President

State of Illinois   } SS
County of Peoria   }

On this _____ 12th _____ day of _____ June _____, _____ 2007 _____, before me, a Notary Public, personally appeared _____ Roy C. Die _____, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the **RLI Insurance Company** and acknowledged said instrument to be the voluntary act and deed of said corporation.

By: _____
Cherie L. Montgomery, Notary Public



**CERTIFICATE**

I, the undersigned officer of **RLI Insurance Company**, a stock corporation of the State of Illinois, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the RLI Insurance Company this _____ 21 _____ day of _____ SEPTEMBER, 2007 _____.

**RLI Insurance Company**

By: _____ Roy C. Die, Vice President

3144075020208

A0058207



**RLI Surety**
*A Division of RLI Insurance Company*
P.O. Box 3967  Peoria, IL  61612-3967
Phone: 309-692-1000  Fax: 309-692-8637

# RLI Insurance Company
December 31, 2006

| Admitted Assets | |
|---|---:|
| **Investments:** | |
| Fixed maturities | $ 570,395,254 |
| Equity securities | 655,660,604 |
| Short-term investments | 30,302,492 |
| Real estate | 6,083,219 |
| Cash on hand and on deposit | -3,369,399 |
| Other invested assets | 9,500,000 |
| Agents' balances | 50,176,886 |
| Investment income due and accrued | 8,008,485 |
| Funds held | 4,000 |
| Reinsurance recoverable on paid losses | 33,767,293 |
| Federal income taxes receivable | 0 |
| Electronic data processing equipment, net of depreciation | 1,067,717 |
| Receivable from affiliates | 0 |
| Other admitted assets | 4,713,544 |
| **Total Admitted Assets** | **$ 1,366,310,095** |

| Liabilities and Surplus | |
|---|---:|
| **Liabilities:** | |
| Reserve for unpaid losses and loss adjustment expenses | $ 359,274,163 |
| Unearned premiums | 130,212,740 |
| Accrued expenses | 49,746,832 |
| Funds held | 916,936 |
| Advance premiums | 3,500,762 |
| Amounts withheld | 13,485,226 |
| Ceded reinsurance premium payable | 30,883,761 |
| Payable for securities | 1,082,820 |
| Statutory penalties | 3,847,000 |
| Federal income tax payable | 23,911,534 |
| Borrowed money and accrued interest | 0 |
| Drafts outstanding | 0 |
| Payable to affiliate | 1,024,009 |
| Other liabilities | 1,516,905 |
| **Total Liabilities** | **$ 619,404,680** |
| **Surplus:** | |
| Common stock | $ 10,000,375 |
| Additional paid-in capital | 242,451,084 |
| Unassigned surplus | 494,453,956 |
| **Total Surplus** | **$ 746,905,415** |
| **Total Liabilities and Surplus** | **$ 1,366,310,095** |

State of Illinois }
County of Peoria }

The undersigned, being duly sworn, says: That he is the President of RLI Insurance Company; that said Company is a corporation duly organized in the State of Illinois, and licensed and engaged in business in the State of _____ New York _____ and has duly complied with all the requirements of the laws of said State applicable of said Company and is duly qualified to act as Surety under such laws; that said Company has also complied with and is duly qualified to act as Surety under the Act of Congress approved July 1947, 6U.S.C sec. 6-13; and that to the best of his knowledge and belief the above statement is a full, true, and correct statement of the financial condition of the said Company on the 31st day of December 2006.

Attest:



{ Corporate Seal Affixed }

*Michael J. Stone*, President

*Cynthia S. Dohm*, Assistant Secretary

Sworn to before me this 23rd day of February 2007.



{ Notarial Seal Affixed }

*Cherie L. Montgomery*, Notary Public, State of Illinois