# EXHIBIT "A"



# Track results detail

▶ Print this page

## Tracking results detail for 7850199626

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 8/20/2007 10:05 am |
| Delivered to | |
| Signed for by | JULIO |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 8/20/2007 | 10:05 am | Shipment delivered. | Havana, Cuba |
| | 8:34 am | With delivery courier. | Havana, Cuba |
| 8/19/2007 | 4:33 pm | Arrived at DHL facility. | Havana, Cuba |
| 8/18/2007 | 2:46 pm | Transit through DHL facility | Havana, Cuba |
| 8/16/2007 | 8:24 pm | Depart Facility | Mexico City, Mexico |
| | 6:51 am | Depart Facility | Wilmington - Clinton Field, OH |
| | 12:52 am | Processed at DHL Location. | Wilmington - Clinton Field, OH |
| 8/15/2007 | 11:38 pm | Clearance processing complete | Wilmington - Clinton Field, OH |
| | 4:51 am | Shipment on Hold. | Wilmington - Clinton Field, OH |
| | 4:42 am | Clearance Delay | Wilmington - Clinton Field, OH |
| | 2:45 am | In transit. | Wilmington - Clinton Field, OH |
| | 2:35 am | In transit. | Wilmington - Clinton Field, OH |
| 8/14/2007 | 9:33 pm | Departing origin. | New York, NY |
| | 4:15 pm | Shipment picked up | New York, NY |

**Ship From:**
DHL EXPRES
New York, NY
United States

Attention:
DHL EXPRES

**Ship To:**
Havana, Cuba

Attention:

**Shipment Information:**
Ship date: 8/14/2007
Pieces: 1
Total weight: 2 lbs *
Ship Type: Package
Shipment Reference: 20726.002
Service: Next Day
Special Service:
Description: NONE

Tracking detail provided by DHL: 8/24/2007, 5:24:52 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.