UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA MARGARITA MARTINEZ,

    Plaintiff,

vs.

Case No. 07 CV 6607 (VM)

THE REPUBLIC OF CUBA,

    Defendant.
_____/

## NOTICE OF APPEARANCE ON BEHALF OF ANA MARGARITA MARTINEZ

PLEASE NOTE the appearance of Bryan T. West, of Tew Cardenas LLP, Four Seasons Tower, 1441 Brickell Avenue, 15th Floor, Miami, Florida 33131 as attorney of record for plaintiff Ana Margarita Martinez. Please forward copies of all subsequent pleadings, correspondence, etc. to undersigned counsel.

Dated: November 13, 2007

Respectfully submitted,

**TEW CARDENAS LLP**
Attorneys for Ana Margarita Martinez
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 536-1112
Facsimile: (305) 536-1116

By:      s/Bryan T. West
Joseph A. DeMaria (JD 5668)
jad@tewlaw.com
Bryan T. West (BW 8739)
btw@tewlaw.com

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;496586;1