# Exhibit "B"

Plaintiff Ana Margarita Martinez' Application for
Default Judgment Against the Republic of Cuba

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 07 CV 6607 (VM)

ANA MARGARITA MARTINEZ,

    Plaintiff,

vs.

THE REPUBLIC OF CUBA,

    Defendant.

_____/

**CLERK'S CERTIFICATE**

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on July 23, 2007 with the filing of a summons and complaint, a copy of the summons and complaint were served on the defendant The Republic of Cuba on August 20, 2007 by serving via DHL Express requiring a signed receipt pursuant to 28 USC 1608(3), and proof of such service thereof was filed on August 24, 2007.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

New York, New York

Dated: Dec 5, 2007

J. MICHAEL MCMAHON
Clerk of the U.S. District Court
Southern District of Florida

By: _____
               Deputy Clerk