# Exhibit "C"

Plaintiff Ana Margarita Martinez' Application for
Default Judgment Against the Republic of Cuba

**07 CIV 6607**

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ANA MARGARITA MARTINEZ,

V.

**SUMMONS IN A CIVIL ACTION**

THE REPUBLIC OF CUBA.

CASE NUMBER:

TO: (Name and address of Defendant)

THE REPUBLIC OF CUBA
By serving the Minister of Foreign Relations
Felipe Perez Roque
Calzada No. 360, Esquina AG
Vedado, Havana Cuba

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph A. DeMaria, Esq.
Bryan T. West, Esq.
TEW CARDENAS, LLP
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Telephone: 305/536-1112
Facsimile: 305/536-1116

an answer to the complaint which is served on you with this summons, within ____60 (sixty)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JUL 2 3 2007