UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA MARGARITA MARTINEZ,

      Plaintiff,

                                     Case No. 07 CV 6607 (VM)

vs.

THE REPUBLIC OF CUBA,

      Defendant.

_____/

## CERTIFICATE OF SERVICE UPON THE REPUBLIC OF CUBA

      I hereby certify that on December 3, 2007, I served defendant The Republic of Cuba, c/o Minister of Foreign Relations, Felipe Perez Roque, with a copy of Plaintiff Ana Margarita Martinez' Motion for Reissuance of Order of Attachment and Temporary Restraining Order via DHL Express, waybill no. 7918589630 ("the Motion"), as reflected on the attached DHL waybill.

      I further certify that on December 10, 2007, the Motion was delivered to the Republic of Cuba as reflected on the attached DHL track results detail.

                              Respectfully submitted,

Dated: December 12, 2007             TEW CARDENAS LLP
                              *Counsel for Plaintiff*
                              Ana Margarita Martinez
                              1441 Brickell Avenue, 15th Floor
                              Miami, Florida 33131
                              Phone: 305 536-1112

                  By: _____s/Joseph A. DeMaria_____
                         Joseph A. DeMaria (JD 5668)
                         Email: jad@tewlaw.com

DHL EXPRESS (USA), INC.

**REORDER 764803480-2**    **QTY 100**

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL *in USA only*

CHG / CHG

**791 8589 630**

7918589630

ORIGIN
**QBE**

3/15/06    **3**

DESTINATION CODE

**1** Payer account number and shipment value protection details

Charge to ☒ Shipper ☐ Receiver ☐ 3rd Party

Payer Account No.

☐ Cash
☐ Check
☐ Credit Card
*Not all payment options are available in all countries.*

Shipment Value Protection *(see reverse)*
☐ Yes Declared Value for Carriage *(in US $)*

**2** From (Shipper)

Shipper's Account Number
**764803480**

Contact Name
*ELLEN SEIDL*

Shipper's Reference *(up to 35 characters)*
*20726.002*

Company Name
**TEN CARDENAS PA**

Address
**15TH FL**
**1441 BRICKELL AVE**
**MIAMI FL**

Post/ZIP Code (required)
**33131**

Phone, Fax, or E-mail (required)
**(305) 536-1112**

**3** To (Receiver)

Company Name
Co
**THE REPUBLIC OF CUBA**
**Minister of Foreign Relations**

De
**Felipe Perez Roque**
**Calzada No. 360, Esquina AG**
**Vedado, Havana Cuba**

Country

Post/ZIP Code (required)

Phone, Fax, or E-mail (required)

**4** Shipment Details

Total number
of packages

Total Weight
If DHL Express Document
packaging used, enter XD.

lbs

Dimensions *(in inches)*
Pieces    Length    Width    Height

@    ×    ×
@    ×    ×
@    ×    ×

**5** Full Description of Contents
Give Content and Quantity

*LEGACY ACCT# 225300468*

*DOCUMENTS*

**6** Dutiable Shipments Only (Customs requirement)

Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol *(if applicable)*   Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (in US $)
*(as on commercial/proforma invoice)*

Schedule B Number / Harmonized Code *(if applicable)*

AES TRANSACTION NUMBER

TYPE OF EXPORT
☐ Permanent   ☐ Repair/Return   ☐ Temporary

Destination Duties/Taxes   If left blank, Receiver pays duties/taxes.
☐ Receiver   ☒ Shipper   ☐ Other_____

The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law is prohibited.

**7** Shipper's Authorization (signature required)

I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to US $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request (for an extra charge). I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.

Signature (required)                            Date *12.03.07*

**8** Products & Services

☒ International Express
☐ International Document Service
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other_____

Service Options *(extra charges may apply)*
☐ Saturday   ☐ Special
   Delivery       Handling
☐ Delivery Notification   ☐ Signature Received

Global Mail
☐ Int. Priority   ☐ Int. Standard   ☐ IPA   ☐ ISAL
☐ Dom. Priority   ☐ Dom. Standard
☐ Other_____

Complete sections 1-8. You are making 4 copies, please press hard.
1720-2911-4225 ©2004, Moore Wallace North America, Inc. All rights reserved. - 0207



# Track results detail

▶ Print this page

## Tracking results detail for 7918589630

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 12/10/2007  9:55 am |
| Delivered to | | |
| Signed for by | | **IVON** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 12/10/2007 | 9:55 am | Shipment delivered. | Havana, Cuba |
| | 8:42 am | With delivery courier. | Havana, Cuba |
| 12/9/2007 | 3:46 pm | Arrived at DHL facility. | Havana, Cuba |
| | 12:44 pm | Transit through DHL facility | Havana, Cuba |
| 12/7/2007 | 1:30 pm | Depart Facility | Mexico City, Mexico |
| | 6:41 am | Depart Facility | Wilmington - Clinton Field, OH |
| | 1:29 am | Processed at DHL Location. | Wilmington - Clinton Field, OH |
| 12/6/2007 | 10:51 pm | Clearance processing complete | Wilmington - Clinton Field, OH |
| 12/5/2007 | 2:50 am | Shipment on Hold. | Wilmington - Clinton Field, OH |
| 12/4/2007 | 3:17 am | Clearance Delay | Wilmington - Clinton Field, OH |
| | 2:17 am | In transit. | Wilmington - Clinton Field, OH |
| | 2:07 am | Transit through DHL facility | Wilmington - Clinton Field, OH |
| 12/3/2007 | 10:47 pm | Depart Facility | Miami Gateway, FL |
| | 9:15 pm | Transit through DHL facility | Miami Gateway, FL |
| | 8:58 pm | Depart Facility | Miami - Tamiami, FL |
| | 8:10 pm | Processed at DHL Location. | Miami - Tamiami, FL |
| | 7:21 pm | Shipment picked up | Miami - Tamiami, FL |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| TEW CARDENAS PA | Hav, Cuba | Ship date: 12/7/2007 |
| Miami, FL  33131 | | Pieces: 1 |
| United States | | Total weight: 1 lb * |
| | | |
| | | Ship Type: |
| Attention: | Attention: | Shipment Reference: GS |
| TEW CARDENAS PA | | Service: Express |
| | | Special Service: |
| | | Description: DOCS |

Tracking detail provided by DHL: 12/11/2007, 8:12:54 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.