UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA MARGARITA MARTINEZ,

    Plaintiff,

vs.                                        Case No. 07 CV 6607 (VM)

THE REPUBLIC OF CUBA,

    Defendant.
_____/

### NOTICE OF MOTION FOR PLAINTIFF ANA MARGARITA MARTINEZ'S MOTION FOR ISSUANCE OF WRIT OF EXECUTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Joseph A. DeMaria, Plaintiff Ana Margarita Martinez will move this Court before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, New York, New York 10007, Courtroom 20B, at a date and time to be scheduled by the Court, for an Order ordering the Clerk of Court to issue a writ of execution.

                                                  TEW CARDENAS LLP
                                                *Counsel for Plaintiff*
                                                *Ana Margarita Martinez*
                                                1441 Brickell Avenue, 15th Floor
                                                Miami, Florida 33131
                                                Phone: 305 536-1112

                                  By:   s/Joseph A. DeMaria_____
                                         Joseph A. DeMaria (JD 5668)
                                         Bryan T. West (BW 8739)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served via DHL Worldwide Express on January 25, 2008, on the following:

REPUBLIC OF CUBA
Minister of Foreign Relations
Felipe Perez Roque
Calzada No. 360, Esquina AG
Vedado, Havana, Cuba

                                                           Joseph A. DeMaria
                                                           Joseph A. DeMaria

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;499980;1