# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA MARGARITA MARTINEZ,

    Plaintiff,

vs.                                                                Case No. 07 CV 6607 (VM)

THE REPUBLIC OF CUBA,

    Defendant.
_____/

**DECLARATION OF JOSEPH A. DEMARIA IN SUPPORT OF PLAINTIFF ANA MARGARITA MARTINEZ'S MOTION FOR ISSUANCE OF WRIT OF EXECUTION**

JOSEPH A. DEMARIA, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the Bar of the United States District Court for the Southern District of New York and am a partner in the law firm of Tew Cardenas LLP, counsel to Plaintiff Ana Margarita Martinez in the above-captioned matter. I submit this declaration in conjunction with, and in support of, Ms. Martinez's Motion for Issuance of Writ of Execution. This declaration is based on my personal knowledge.

2. On July 23, 2007, Ms. Martinez filed her Complaint in this Court for an action on a judgment against the Republic of Cuba. (D.E. 1.) As stated in that Complaint, Ms. Martinez obtained a final judgment in her favor against the Republic of Cuba, pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et seq.* in the case styled as <u>Ana Margarita Martinez v. The Republic of Cuba</u>, Case No. 99-18008 CA 20, Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. As the Republic of Cuba did not appear in the Miami-Dade County Circuit Court to defend, her state court judgment was obtained by default.

3. After this Court entered a Default Judgment against the Republic of Cuba on December 7, 2007 (D.E. 16) (the "Judgment"), a copy of the Judgment was sent to the Republic of Cuba (to the attention of the Minister of Foreign Relations) by DHL courier on December 10, 2007. The DHL confirmation shows that the delivery was received in Havana, Cuba on December 17, 2007. A copy of the DHL confirmation of receipt is attached hereto as Exhibit 1.

4. The Republic of Cuba has not appeared in these proceedings or otherwise responded to the Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2008.

_____
Joseph A. DeMaria

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;499971;1

# EXHIBIT 1



# Track results detail

▶ Print this page

## Tracking results detail for 7918589604

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 12/17/2007  10:40 am |
| Delivered to | |
| Signed for by | VACILIA |

## Tracking history

| Date and Time | Status | Location |
|---|---|---|
| 12/17/2007 10:40 am | Shipment delivered. | Havana, Cuba |
| 9:04 am | With delivery courier. | Havana, Cuba |
| 12/16/2007 8:40 pm | Arrived at DHL facility. | Havana, Cuba |
| 12/15/2007 4:08 pm | Transit through DHL facility | Havana, Cuba |
| 12/13/2007 6:24 am | Depart Facility | Wilmington - Clinton Field, OH |
| 4:28 am | Processed at DHL Location. | Wilmington - Clinton Field, OH |
| 12:17 am | Clearance processing complete | Wilmington - Clinton Field, OH |
| 12/11/2007 5:04 am | Shipment on Hold. | Wilmington - Clinton Field, OH |
| 3:03 am | Clearance Delay | Wilmington - Clinton Field, OH |
| 2:34 am | Transit through DHL facility | Wilmington - Clinton Field, OH |
| 2:32 am | In transit. | Wilmington - Clinton Field, OH |
| 12/10/2007 10:46 pm | Depart Facility | Miami Gateway, FL |
| 9:36 pm | Transit through DHL facility | Miami Gateway, FL |
| 9:17 pm | Depart Facility | Miami - Tamiami, FL |
| 8:14 pm | Processed at DHL Location. | Miami - Tamiami, FL |
| 6:37 pm | Shipment picked up | Miami - Tamiami, FL |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| TEW CARDENAS PA | Habana, Cuba | Ship date: 12/12/2007 |
| Miami, FL  33131 | | Pieces: 1 |
| United States | | Total weight: 1 lb * |
| | | Ship Type: |
| | | Shipment Reference: NR |
| Attention: | Attention: | Service: Express |
| TEW CARDENAS PA | | Special Service: |
| | | Description: DOC |

Tracking detail provided by DHL: 1/23/2008, 2:54:51 pm pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

# DHL Express Air Waybill

**DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324** — Original (DHL Billing) Copy

REORDER 764803480-2    QTY 100

Waybill Number: **791 8589 604**

Date: 3/15/06
Origin: OBE
CHG CHG

**1. From (Shipper)**
- Shipper's Account Number: 764803480
- Shipper's Reference: 20726.002
- Contact Name: Ellen Seide
- Company Name: TEW CARDENAS PA
- Address: 15TH FL, 1441 BRICKELL AVE, MIAMI FL
- Post/ZIP Code: 33131
- Phone: (305) 536-1112

**3. To (Receiver)**
- Company Name: THE REPUBLIC OF CUBA
- Contact: Minister of Foreign Relations, Felipe Perez Roque
- Deliver: Calzada No. 360, Esquina AG, Vedado, Havana Cuba

**4. Shipment Details**
- Total number of packages: 1

**5. Full Description of Contents:** Documents

**7. Shipper's Authorization:** Signed, Date 12/10/07