UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA MARGARITA MARTINEZ,

    Plaintiff,

vs.
                                        Case No. 07 CV 6607 (VM)

THE REPUBLIC OF CUBA,

    Defendant.

_____/

## ORDER FOR ISSUANCE OF WRIT OF EXECUTION

This matter came before the Court pursuant to Plaintiff/Judgment Creditor Ana Margarita Martinez's Motion for Issuance of Writ of Execution, filed herein on January 25, 2008, for the purpose of obtaining an order for the immediate issuance by the Clerk of this Court of a Writ of Execution to enforce satisfaction of Ms. Martinez's Default Judgment against the Republic of Cuba which was entered by this Court on December 7, 2007 (D.E. 16) (the "Judgment").

After considering Plaintiff/Judgment Creditor's Motion, and the supporting Declaration of Joseph A. DeMaria, Esq., it appears to the Court that: Plaintiff/Judgment Creditor possesses a valid and enforceable judgment against the Republic of Cuba in this District; that there is now due and owing by the Republic of Cuba the full amount of the Judgment in the sum of $12,197,102.60 plus interest; that the Judgment is unsatisfied and is subject to enforcement by writ of execution; and that good cause exists for issuance of such writ, including that a reasonable time has passed in accordance with 28 U.S.C. § 1610(c). Therefore,

IT IS ORDERED that the Clerk of this Court immediately issue a Writ of Execution to be served by the United States Marshal for this District for the purpose of enforcing the Judgment in the sum of $12,197,102.60 plus interest.

DONE and ORDERED in New York, New York this _____ day of _____, 2008.

_____
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;500058;1