# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO.  \_\_\_\_07-2356\_\_\_\_            DOCKET NO.  \_\_07 CV 6607 (VM)\_\_

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**
*To the Marshal of the Southern District of New York, GREETINGS:*

YOU ARE COMMANDED, that of the goods and chattels of \_\_The Republic of Cuba\_\_

in your district you cause to be made the sum of <u>Twelve Million One Hundred Ninety-Seven Thousand One Hundred Two</u> dollars and \_\_60\_\_ cents, ($\_12,197,102.60\_) which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, \_\_\_\_Ana Margarita Martinez\_\_\_\_

recovered against the said \_\_\_\_The Republic of Cuba\_\_\_\_

in an action between \_\_\_\_Ana Margarita Martinez\_\_\_\_

PLAINTIFF and \_\_\_\_The Republic of Cuba\_\_\_\_

DEFENDANT and _____

as appears by the record filed in the Clerk's Office of said District Court on the \_\_\_\_Seventh\_\_\_\_ day of \_December\_, in the year of \_\_\_\_2007\_\_\_\_

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

   WITNESS, the Honorable Kimba M. Wood, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the _____ day of _____ in the year of our Lord _____, and of the Independence of the United States two hundred twenty-seventh year.
       *(year)*

_____
                           CLERK

500040_1

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

Ana Margarita Martinez
_____

-against-

The Republic of Cuba
_____
**EXECUTION AGAINST PROPERTY**

Joseph A. DeMaria
_____
Attorney for

Ana Margarita Martinez
_____
Borough of Manhattan
City of New York
_____

To the Marshal:
You will levy and collect

Twelve Million One Hundred Ninety-Seven _____ Dollars

Thousand One Hundred Two _____ cents,

and Sixty

with interest from the Seventh

day of December _____, 2007,

besides your fees, etc.

*[signature]*
_____
*Attorney*

500040_1