UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA MARGARITA MARTINEZ,

    Plaintiff,

vs.                                      Case No. 07 CV 6607 (VM)

THE REPUBLIC OF CUBA,

    Defendant.
_____/

## NOTICE TO JUDGMENT DEBTOR OR OBLIGOR

Money or property belonging to you may have been taken or held in order to satisfy a judgment or order which has been entered against you. Read this carefully.

### YOU MAY BE ABLE TO GET YOUR MONEY BACK

State and federal laws prevent certain money or property from being taken to satisfy judgments or orders. Such money or property is said to be "exempt". The following is a partial list of money which may be exempt:

    1.    Supplemental security income, (SSI);
    2.    Social Security;
    3.    Public assistance (welfare);
    4.    Alimony or child support;
    5.    Unemployment benefits;
    6.    Disability benefits;
    7.    Workers' compensation benefits;
    8.    Public or private pensions; and
    9.    Veterans benefits.

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment or order. If you claim that any of your

money that has been taken or held is exempt, you may contact the person sending this notice.

Also, YOU MAY CONSULT AN ATTORNEY, INCLUDING LEGAL AID IF YOU QUALIFY. The law (New York civil practice law and rules, article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

                                      TEW CARDENAS LLP
                                      *Counsel for Plaintiff*
                                      *Ana Margarita Martinez*
                                      1441 Brickell Avenue, 15th Floor
                                      Miami, Florida 33131
                                      Phone: 305 536-1112

By: _____
                        Joseph A. DeMaria (JD 5668)
                        Bryan T. West (BW 8739)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served via DHL Worldwide Express and First Class U.S. Mail on January 25, 2008, on the following:

REPUBLIC OF CUBA
Minister of Foreign Relations
Felipe Perez Roque
Calzada No. 360, Esquina AG
Vedado, Havana, Cuba

_____
Joseph A. DeMaria

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;500052;1

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;500052;1