UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 07 CV 6607 (VM)

ANA MARGARITA MARTINEZ,

    Plaintiff,

vs.

THE REPUBLIC OF CUBA,

    Defendant.
_____/

## NOTICE OF SERVICE OF MOTION UPON THE REPUBLIC OF CUBA

Plaintiff Ana Margarita Martinez hereby gives notice that, on January 25, 2008, her counsel served defendant The Republic of Cuba, c/o Minister of Foreign Relations, Felipe Perez Roque, with a copy of: a) Notice of Motion for Plaintiff Ana Margarita Martinez's Motion for Issuance of Writ of Execution; and b) Plaintiff Ana Margarita Martinez's Memorandum of Law in Support of Motion for Issuance of Writ of Execution (with exhibits) ("the Motion Papers") via DHL Express, waybill no. 791 8589 582, as reflected on the attached DHL waybill.

On February 4, 2008, the Motion Papers were delivered to The Republic of Cuba as reflected on the attached DHL track results detail. Pursuant to Local Rule 6.1(b), which provides that opposing affidavits and memoranda are due within 10 business days of service of a motion, any response to the Motion Papers was due on February 19, 2008.

Dated: February 20, 2008

TEW CARDENAS LLP
*Counsel for Plaintiff*
*Ana Margarita Martinez*
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Phone: 305 536-1112


By: _____s/Bryan T. West_____
Joseph A. DeMaria (JD 5668)
Email: jad@tewlaw.com
Bryan T. West (BW 8739)
Email: btw@tewlaw.com

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;501157;1

DHL EXPRESS (USA), INC.

REORDER 784903480-2   QTY 100

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL *in USA only*

**1** Payer account number and shipment value protection details

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd-Party
Payer Account No.: _____
Shipment Value Protection *(see reverse)*
☐ Yes-Declared Value for Carriage (in US $): _____
Not all payment options are available in all countries.
☐ Cash ☐ Check ☐ Credit Card

**2** From (Shipper)

Shipper's Account Number: 784903480
Shipper's Reference *(up to 35 characters)*: 20726.007
Contact Name: LUCIA CID
Company Name: TEW CARDENAS PA
Address: 15TH FL, 1441 BRICKELL AVE
MIAMI FL
Post/ZIP Code (required): 33131
Phone, Fax, or E-mail (required): 1305153-1443

**3** To (Receiver)

Company Name: THE REPUBLIC OF CUBA
Minister of Foreign Relations
Felipe Perez Roque
Calzada No. 360, Esquina AG
Vedado, Havana Cuba
Country: _____
Post/ZIP Code (required): _____
Phone, Fax, or E-mail (required): _____

Date: 3/15/06
ORIGIN: ODE
DESTINATION CODE: 3

791 8589 582
7916689582

**4** Shipment Details
Total number of packages: 1
Total Weight: lbs
If DHL Express Document packaging used, enter X0.
Dimensions *(in inches)*: Pieces / Length / Width / Height

**5** Full Description of Contents
Give Content and Quantity: LEGACY ACCT# 225300460
DOCUMENTS

**6** Dutiable Shipments Only (Customs requirement)
Attach the original and four copies of a Proforma or Commercial Invoice
Export License No./Symbol (if applicable) / Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice)
Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER
TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes: If left blank, Receiver pays duties/taxes.
☐ Receiver ☒ Shipper ☐ Other: _____

**7** Shipper's Authorization (signature required)
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete, other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
The commodities, technology or software was exported from the U.S. in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law is prohibited.
Signature (required): _____   Date: 1/25/08

**8** Products & Services
☐ Non-Dutiable
☒ International Express (Worldwide Priority Express)
☐ Dutiable (International Document Service)
☐ Other: _____
Service Options (extra charges may apply):
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Global Mail:
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard
☐ Other: _____

DIMENSIONAL/CHARGEABLE WEIGHT: lbs

SERVICES | CHARGES
TOTAL

Drop Box #: _____

TRANSPORT COLLECT STICKER NO.

PAYMENT DETAILS (Check, Card No.)
No.: _____
Type: _____ Expires: _____
Auth.: _____

PICKED UP BY
Route No.: _____
Time: _____   Date: _____



# Track results detail

▶ Print this page

## Tracking results detail for 7918589582

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 2/4/2008  10:35 am |
| Delivered to | |
| Signed for by | IVON |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 2/4/2008 | 10:35 am | Shipment delivered. | Havana, Cuba |
| | 9:19 am | With delivery courier. | Havana, Cuba |
| 2/2/2008 | 8:33 am | Arrived at DHL facility. | Havana, Cuba |
| 2/1/2008 | 2:19 pm | Transit through DHL facility | Havana, Cuba |
| 1/30/2008 | 10:50 pm | Depart Facility | Mexico City, Mexico |
| | 6:49 am | Depart Facility | Wilmington - Clinton Field, OH |
| | 2:25 am | Processed at DHL Location. | Wilmington - Clinton Field, OH |
| 1/29/2008 | 10:59 pm | Clearance processing complete | Wilmington - Clinton Field, OH |
| 1/26/2008 | 4:41 am | Shipment on Hold. | Wilmington - Clinton Field, OH |
| | 2:52 am | Clearance Delay | Wilmington - Clinton Field, OH |
| | 2:45 am | In transit. | Wilmington - Clinton Field, OH |
| 1/25/2008 | 9:33 pm | Transit through DHL facility | Miami Gateway, FL |
| | 9:28 pm | Depart Facility | Miami - Tamiami, FL |
| | 7:36 pm | Processed at DHL Location. | Miami - Tamiami, FL |
| | 4:47 pm | Shipment picked up | Miami - Tamiami, FL |

**Ship From:**
Miami - Tamiami, FL
United States

**Ship To:**

**Shipment Information:**
Ship date: 1/25/2008
Pieces: 1
Total weight: 1 lb *
Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

Tracking detail provided by DHL: 2/8/2008, 8:00:27 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.