UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA MARGARITA MARTINEZ,

    Plaintiff,

vs.                                    Case No. 07 CV 6607 (VM)

THE REPUBLIC OF CUBA,

    Defendant.

_____/

## NOTICE OF SERVICE OF WRIT OF EXECUTION ON AT&T CORP.

PLEASE TAKE NOTICE that a levy by service of execution, a copy of which is herewith served upon you, is hereby made pursuant to FED. R. CIV. P. 69(a) and Section 5232(a) of the New York Civil Practice Law and Rules (CPLR) upon the following described property in your possession or custody in which the judgment debtor, The Republic of Cuba, has an interest: Any and all funds held by AT&T Corp. or any of its wholly-owned subsidiaries, including Cuban American Telephone and Telegraph Company ("CATT"), for taxes payable to The Republic of Cuba (the "Cuban Tax Funds"). This includes specifically the portion of those funds maintained in the "AT&T Long Lines Dept. Account" (Account Number G00875) and the "Florida Land Sale Account" (Account Number G00882) at JPMorgan Chase Bank that are for the payment of tax liabilities to The Republic of Cuba based on the accumulated gross interest income attributable to certain funds contained in the two aforementioned blocked accounts at JPMorgan Chase Bank.

*__This levy by service of execution is strictly limited to the Cuban Tax Funds, and execution is not sought by this levy against any other property.__*

This execution is for purpose of partial satisfaction of the Judgment entered by the Court on December 7, 2007, in the amount of $12,197,102.60 in favor of Ana Margarita Martinez against The Republic of Cuba (c/o Minister of Foreign Relations, Felipe Perez Roque, Calzada No. 360, Esquina AG, Vedado, Havana, Cuba). Only property in which The Republic of Cuba or its agencies and instrumentalities has an interest or the debts owed to The Republic of Cuba or its agencies and instrumentalities shall be levied upon.

A notice in the form presented by CPLR Section 5222(e) has been served upon the judgment debtor within a year.

Dated: March 6, 2008

                                                    _/s/ Bryan T. West_____
                                                    Joseph A. DeMaria (JD 5668)
                                                    Bryan T. West (BW 8739)
                                                    Counsel for Ana Margarita Martinez
                                                    Tew Cardenas LLP
                                                    1441 Brickell Avenue, 15th Floor
                                                    Miami, Florida 33131
                                                    Phone: (305) 536-1112

TO:    **AT&T CORP.**
           **c/o CT Corporation System, as Registered Agent**
           **111 Eighth Avenue**
           **New York, New York 10001**

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____07-2356_____          DOCKET NO. __07 CV 6607 (VM)__

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**
*To the Marshal of the Southern District of New York, GREETINGS:*

YOU ARE COMMANDED, that of the goods and chattels of ___The Republic of Cuba___

in your district you cause to be made the sum of <u>Twelve Million One Hundred Ninety-Seven Thousand One Hundred Two</u> dollars and __60__ cents, ($__12,197,102.60__) which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, ___Ana Margarita Martinez___ recovered against the said ___The Republic of Cuba___

in an action between ___Ana Margarita Martinez___

PLAINTIFF and ___The Republic of Cuba___

DEFENDANT and _____

as appears by the record filed in the Clerk's Office of said District Court on the ___Seventh___ day of __December__, in the year of ___2007___

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the __26th__ day of __February__ in the year of our Lord __2008__, and of the Independence of the United States two hundred twenty-seventh year.
                                     (year)

*J. Michael McMahon*
_____
CLERK

500040_1

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Ana Margarita Martinez

-against-

The Republic of Cuba

**EXECUTION AGAINST PROPERTY**

Joseph A. DeMaria

Attorney for

Ana Margarita Martinez

Borough of Manhattan
City of New York

To the Marshal:
You will levy and collect

Twelve Million One Hundred Ninety-Seven Dollars

Thousand One Hundred Two cents,

and Sixty

with interest from the Seventh

day of December, 2007,

besides your fees, etc.

*[signature]*

*Attorney*

500040_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANA MARGARITA MARTINEZ,
                Plaintiff(s),           CASE NO. 07 CV 6607 (VM)

-against-

                              **AFFIDAVIT OF SERVICE**

THE REPUBLIC OF CUBA,
                Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK    )
                                s.s :
COUNTY OF NEW YORK   )

        BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is not a party to the action.
        That on the 14th day of March, 2008, at approximately 2:45 p.m., deponent served a true copy of the **NOTICE OF SERVICE OF WRIT OF EXECUTION ON AT&T CORP. and WRIT** upon AT&T Corp. c/o C.T. Corporation System-Registered Agent at 111 Eighth Avenue, New York, New York by personally delivering and leaving the same with Sattie Jairam, Process Specialist, who is authorized by appointment to accept service.
        Sattie Jairam is a brown-skinned female, approximately 44 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 140 pounds, with medium length black hair and dark eyes and was wearing glasses.

Sworn to before me this
14th day of March, 2008                      BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010