UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA MARGARITA MARTINEZ,

       Plaintiff,

                                  Case No. 07 CV 6607 (VM)

vs.

THE REPUBLIC OF CUBA,

       Defendant.

_____/

## NOTICE OF SERVICE OF WRIT OF EXECUTION ON JPMORGAN CHASE BANK, N.A.

PLEASE TAKE NOTICE that a levy by service of execution, a copy of which is herewith served upon you, is hereby made pursuant to FED. R. CIV. P. 69(a) and Section 5232(a) of the New York Civil Practice Law and Rules (CPLR) upon the following described property in your possession or custody in which the judgment debtor, The Republic of Cuba, has an interest: Any and all funds held at JPMorgan Chase Bank, N.A. for taxes payable by Cuban American Telephone and Telegraph Company to The Republic of Cuba (the "Cuban Tax Funds"). This includes specifically the portion of those funds maintained in the "AT&T Long Lines Dept. Account" (Account Number G00875) and the "Florida Land Sale Account" (Account Number G00882) at JPMorgan Chase Bank that are for the payment of tax liabilities by Cuban American Telephone and Telegraph Company to The Republic of Cuba based on the accumulated gross interest income attributable to certain funds contained in the two aforementioned blocked accounts at JPMorgan Chase Bank.

*__This levy by service of execution is strictly limited to the Cuban Tax Funds, and execution is not sought by this levy against any other property.__*

This execution is for purpose of partial satisfaction of the Judgment entered by the Court on December 7, 2007, in the amount of $12,197,102.60 in favor of Ana Margarita Martinez against The Republic of Cuba (c/o Minister of Foreign Relations, Felipe Perez Roque, Calzada No. 360, Esquina AG, Vedado, Havana, Cuba). Only property in which The Republic of Cuba or its agencies and instrumentalities has an interest or the debts owed to The Republic of Cuba or its agencies and instrumentalities shall be levied upon.

A notice in the form presented by CPLR Section 5222(e) has been served upon the judgment debtor within a year.

Dated: March 6, 2008

_Bryan T. West_
Joseph A. DeMaria (JD 5668)
Bryan T. West (BW 8739)
Counsel for Ana Margarita Martinez
Tew Cardenas LLP
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Phone: (305) 536-1112

**TO:**    JPMorgan Chase Bank, N.A.
Attention: Michael Pearce
One Chase Manhattan Plaza
New York, New York

2

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____07-2356_____       DOCKET NO. ___07 CV 6607 (VM)_____

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**
*To the Marshal of the Southern District of New York, GREETINGS:*

YOU ARE COMMANDED, that of the goods and chattels of ___The Republic of Cuba_____

in your district you cause to be made the sum of _Twelve Million One Hundred Ninety-Seven Thousand One Hundred Two_____ dollars and ___60_____ cents,    ($_12,197,102.60_____)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second

Circuit, _____Ana Margarita Martinez_____

recovered against the said _____The Republic of Cuba_____

in an action between _____Ana Margarita Martinez_____

PLAINTIFF and _____The Republic of Cuba_____

DEFENDANT and _____

as appears by the record filed in the Clerk's Office of said District Court on the _____Seventh_____ day

of _December_____, in the year of _____2007_____

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the _____26th_____ day of ___February_____ in the year of our Lord ___2008_____, and of the Independence of the United States two hundred twenty-seventh year.

(*year*)

*J. Michael McMahon*

_____
CLERK

500040_1

# United States District Court
### SOUTHERN DISTRICT OF NEW YORK

Ana Margarita Martinez

-against-

The Republic of Cuba

**EXECUTION AGAINST PROPERTY**

Joseph A. DeMaria

Attorney for

Ana Margarita Martinez

Borough of Manhattan
City of New York

To the Marshal:
You will levy and collect

Twelve Million One Hundred Ninety-Seven

Thousand One Hundred Two _____ Dollars

and Sixty _____ cents,

with interest from the Seventh

day of December _____, 2007,

besides your fees, etc.

_Attorney_

500040_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANA MARGARITA MARTINEZ,

                Plaintiff(s),            CASE NO. 07 CV 6607 (VM)

    -against-

                                      **AFFIDAVIT OF SERVICE**

THE REPUBLIC OF CUBA,

                Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK     )
                      s.s :
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of
KEATING & WALKER ATTORNEY SERVICES, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 14th day of March, 2008, at approximately 3:15 p.m., deponent served a true
copy of the **NOTICE OF SERVICE OF WRIT OF EXECUTION ON JPMORGAN
CHASE BANK, N.A. and WRIT** upon JPMorgan Chase Bank. N.A. at One Chase Manhattan
Plaza, 20th Floor, New York, New York by personally delivering and leaving the same with
Doreen Bertone, Legal Specialist III, who is authorized by appointment to accept service.

      Doreen Bertone is a white female, approximately 45 years of age, was seated at the time
of service, weighs approximately 170 pounds, with medium length reddish brown hair.

Sworn to before me this
14th day of March, 2008

                                    CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010