UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA MARGARITA MARTINEZ,

    Plaintiff,

vs.                                Case No. 07 CV 6607 (VM)

THE REPUBLIC OF CUBA,

    Defendant.
_____/

## PLAINTIFF ANA MARGARITA MARTINEZ'S STATUS REPORT PURSUANT TO THE COURT'S JUNE 9, 2008 ORDER

Plaintiff Ana Margarita Martinez, by and through undersigned counsel, hereby submits the following status report pursuant to this Court's June 9, 2008 Order (D.E. 34), and states as follows:

1.    In issuing its June 9, 2008, Order extending until October 14, 2008, Ms. Martinez's levy through a writ of execution on JPMorgan Chase Bank and AT&T Corp., this Court ordered that "Plaintiff is directed to submit a status report on this matter within 90 days of this Order." (D.E. 34.)

2.    Ms. Martinez advises the Court that, on August 21, 2008, Ms. Martinez and fellow judgment creditor, Gary Anderson, filed a joint motion for summary judgment in the case styled Anderson v. AT&T Corp., Case No. 07-cv-7974 (VM), based on Mr. Anderson's request for the turnover of certain tax funds payable to The Republic of Cuba that are currently held at JPMorgan Chase Bank. Ms. Martinez is participating as a party to that case as an "adverse claimant" who was joined in the action by JPMorgan Chase Bank.

3.      Ms. Martinez anticipates that briefing on the motion for summary judgment will be completed by the end of September, as the responses by JPMorgan Chase and AT&T Corp. have not yet been filed.

4.      In the event that it appears that the motion for summary judgment will not be ruled upon by the October 14, 2008, extension of the levy, it is likely that Ms. Martinez will request one more extension of the levy from this Court in order to preserve her status.

Dated: September 5, 2008

TEW CARDENAS LLP
*Counsel for Plaintiff*
*Ana Margarita Martinez*
1441 Brickell Avenue, 15th Floor
Miami, Florida 33131
Phone: 305 536-1112

By:     s/Bryan T. West
Joseph A. DeMaria (JD 5668)
Email: jad@tewlaw.com
Bryan T. West (BW 8739)
Email: btw@tewlaw.com

@PFDesktop\:ODMA/MHODMA/DMS_NT;Miami;512219;1